Date of Arrest: **10/03**

# United States District Court
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> Vs. <br><br> Francisco Javier MENDOZA-Hernandez <br> AKA: None Known <br> 071619026 <br> YOB: 1978 <br> Citizen of: Mexico <br><br> Defendant | Magistrate Case No. **16-1788MJ** <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

COUNT 1

That on or about October 3, 2016 Defendant Francisco Javier MENDOZA-Hernandez, an alien, was found in the United States at or near Tacna, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Harlingen, Texas, on or about May 20, 2011. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Signature of Complainant
Samuel Horrocks
Border Patrol Agent

Sworn to before me and subscribed in my presence,

October 05, 2016     at     Yuma, Arizona
Date                                       City and State

James F Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer         Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Francisco Javier MENDOZA-Hernandez
AKA: None Known
071619026

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 3, 2016, near Tacna, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Nogales, Arizona on or about November 16, 2000. The Defendant was most recently removed on or about May 20, 2011, through the port of Harlingen, Texas, subsequent to a conviction in an United States District Court, District of Western Missouri on or about March 16, 2011, for the crime of Transportation of Illegal Aliens, a felony.

Agents determined that on or about October 2, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Signature of Complainant

Sworn to before me and subscribed in my presence,

October 05, 2016
Date

Signature of Judicial Officer

-2-